District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SARA L. LACY, in her Personal Capacity and as Personal Representative of the Estate of CECIL D. LACY, JR., deceased,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, a political subdivision of the State of Washington; MICHAEL JOHNSON, in his personal capacity; TYLER GROSS, in his personal capacity,[1]<br><br>Defendants. | Case No. C17-01207 RSL<br><br>STIPULATED MOTION FOR EXTENSION OF TIME<br><br>**Noted on Motion Calendar:**<br>**August 15, 2017.** |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the deadline for Defendant United States' Answer. The Answer deadline shall be extended to August 24, 2017.

---

[1] On August 10, 2017, the United States filed a Notice of Substitution and Certification of Annette L. Hayes. The substitution is made pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679 (b) and (d)(1). Dkt. No. 2. In all suits brought under the FTCA, the United States is substituted as the sole defendant instead of and in place of federal employees, such as in this case, Officers Johnson and Gross, acting within the course and scope of employment under the Indian Self-Determination and Education Assistance Act ("ISDA"). 28 U.S.C. § 2679(d)(1); 25 U.S.C. § 2507.

STIPULATED MOTION FOR EXTENSION OF TIME
[Case No. C17-1207 RSL] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED.**

Dated this 15th day of August, 2017.

                *s/ Gabriel S. Galanda*
                GABRIEL S. GALANDA, WSBA No. 30331
                Galanda Broadman, PLLC
                P.O Box 15146
                Seattle, Washington 98115
                Phone: 206-557-7509
                Email: gabe@galandabroadman.com

                Attorney for Plaintiff

**SO STIPULATED.**

Dated this 15th day of August, 2017.

                *s/ Mikolaj T. Tempski*
                MIKOLAJ T. TEMPSKI, WSBA No. 42896
                BRIDGET CASEY, WSBA No. 30549
                Deputy Prosecuting Attorney
                Snohomish County Prosecuting Attorney – Civil Division
                3000 Rockefeller Ave., M/S 504
                Everett, Washington 98201
                Phone: 425-388-6330
                Email: Mtempski@snoco.org
                        bcasey@snoco.org

                Attorneys for Defendant Snohomish County

**SO STIPULATED.**

Dated this 15th day of August, 2017.

                ANNETTE L. HAYES
                United States Attorney

                *s/ Priscilla T. Chan*
                PRISCILLA T. CHAN, WSBA No. 28533
                Assistant United States Attorneys
                United States Attorney's Office
                700 Stewart Street, Suite 5220
                Seattle, Washington 98101-1271
                Phone: 206-553-7970
                Email: Priscilla.Chan@usdoj.gov

                Attorneys for Defendant United States of America

STIPULATED MOTION FOR EXTENSION OF TIME
[Case No. C17-1207 RSL] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED.**

Dated this 16th day of August, 2017.

_____
ROBERT S. LASNIK
United States District Judge

STIPULATED MOTION FOR EXTENSION OF TIME
[Case No. C17-1207 RSL] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970